

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-17-00458-CV

---

DALE ROUSH, INDIVIDUALLY AND AS TRUSTEE OF
THE DALE ROUSH ASSETS TRUST, APPELLANT

V.

METROPOLITAN LIFE INSURANCE COMPANY
AND JOEL HART, APPELLEES

---

On Appeal from the 69th District Court
Sherman County, Texas
Trial Court No. 4727, Honorable Ron Enns, Presiding

---

January 16, 2018

## MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant Dale Roush, individually and as trustee of the Dale Roush Assets Trust, filed a notice of appeal without paying the filing fee. *See* TEX. R. APP. P. 5, 20.1. By letter of December 22, 2017, the clerk of this Court notified Mr. Roush that the filing fee had not been paid and that the appeal was subject to dismissal if he failed to pay the fee, or comply with Appellate Rule 20.1, by January 2, 2018. *See* TEX. R. APP. P. 20.1, 42.3(c).

Mr. Roush has not paid the filing fee or filed any response to our December 22 letter. The Rules of Appellate Procedure require a party who is not excused by law from paying costs to pay the required fees. *See* TEX. R. APP. P. 5. Accordingly, the appeal is dismissed because of Mr. Roush's failure to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time. *See* TEX. R. APP. P. 42.3(c).

Per Curiam